PENELOPE CHAPPELL, RESPONDENT, *v.* SUSANNAH HUE-BENER, APPELLANT, IMPLEADED, &C.

Order denying motion to strike out amended complaint affirmed, without costs to either party.

PENELOPE CHAPPELL, RESPONDENT, *v.* SUSANNAH HUEBENER, APPELLANT, IMPLEADED, &C.

Order granting a reference reversed without costs to either party.

DAVID R. FOGELSONGER AND HENRY FOGELSON-GER, RESPONDENTS, *v.* THOMAS FORSON, APPELLANT.

Order appealed from affirmed, with $10 costs, and disbursements.

WILLIAM SOUTHERLAND AND DAVID V. BENHAM, SHERIFF, &C., APPELLANTS, *v.* CADY E. REED AND HENRY REED, EXECUTOR, &C., RESPONDENTS.

Order appealed from affirmed, with $10 costs, and disbursements, on opinion of RUMSEY, J., at Special Term; RUMSEY, J., not sitting. See *Shaver* v. *Brainard* (29 Barb., 26).

EDWARD BARTON AND DOLLY HOSNER, AS ADMINISTRA-TORS, &C., OF NICHOLAS HOSNER, DECEASED, APPELLANTS, *v.* CHARLES HOSNER AND OTHERS, RESPONDENTS.

Order appealed from reversed, with $10 costs, and disbursements. Held, that there was no such proof of bad faith or mismanagement as authorized the costs to be charged upon the administrators personally. (*Cunningham* v. *McGregor*, 12 How. Pr., 305; *Morse* v. *McCoy*, 4 Cow., 551; *Devoy* v. *Boyn*, 3 Johns., 247; *Withy* v. *Mumford*, 5 Cow., 141, note.)

JOHN B. STILWELL, RESPONDENT, *v.* GEORGE E. PRIEST, AND OTHERS, APPELLANTS.

Order appealed from affirmed, with $10 costs, and disbursements.

THE YATES COUNTY NATIONAL BANK OF PENN YAN, APPELLANT, *v.* LILIAN B. PARKE, RESPONDENT, IMPLEADED, &C.

Order appealed from reversed, with $10 costs, and disbursements.